United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3405

_____

United States of America,          *
                                         *

       Appellee,             *    Appeal from the United States
                                         *    District Court for the
       v.                      *    Northern District of Iowa.
                                         *

Gerald E. Lewis,             *       [UNPUBLISHED]
                                         *

       Appellant.          *

_____

Submitted: May 23, 1997
Filed: June 9, 1997

_____

Before RICHARD S. ARNOLD, Chief Judge, BOWMAN, and MORRIS SHEPPARD
      ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gerald E. Lewis appeals from the order of the District Court[1] denying Lewis's 28 U.S.C. § 2255 petition. He argues that the District Court erred in holding that his ineffective assistance of counsel claim affords him no basis for relief.

After an evidentiary hearing, the District Court found this claim procedurally barred. Nevertheless, the Court considered the merits of the claim and concluded that

_____

[1]The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.

the alleged conflict of interest was not an actual conflict and that Lewis had not shown any prejudice to his case.

We agree with the conclusions of the District Court. The court found that Lewis was aware of the alleged conflict of interest prior to his trial, yet never raised the issue until he filed the present § 2255 petition, and thus has waived the claim. Lewis having made no showing of cause or prejudice to excuse the waiver, the claim is procedurally barred. The District Court found the claim meritless in any event.

None of the District Court's findings of fact is clearly erroneous, and no error of law appears. Accordingly, the order of the District Court is

Affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.